# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

**Debtor:** STEPHEN ALLEN & PATRICIA LEE CHANDLER
**Case Number:** 18-04740-JJG-7A   **Chapter:** 7
**Date / Time / Room:** MONDAY, APRIL 08, 2019 09:00 AM   IP 311
**Bankruptcy Judge:** JEFFREY J. GRAHAM
**Courtroom Clerk:**
**Reporter / ECR:** N/A

## *Matter:*

Hearing on Motion for Relief from Stay and Abandonment filed by Nationstar Mortgage LLC d/b/a Mr. Cooper and Trustee's Objection thereto [46], [50]

**R / M #:**   0 / 0

**VACATED:**   Motion withdrawn by Creditor on 2/28/19.

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Motion withdrawn by Creditor on 2/28/19.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**